# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSS M. BASSETT : | CIVIL ACTION NO. |
| VS. : | 3:06-CV-0700 (RNC) |
| HOME DEPOT, INC. : | AUGUST 2, 2006 |

### NOTICE OF WITHDRAWAL

Plaintiffs hereby withdraw this case, without prejudice and without costs, under Fed. R. Civ. P. 41(a)(1)(i), the defendants not having answered or moved for summary judgment.

THE PLAINTIFF
Ross M. Bassett

By: _____
Sandy M. Moore

Sandy M. Moore, Attorney at Law
80 Broad Street, New London, CT 06320
Ph: (860) 444-6124  Fax: (860) 701-0492
Fed. No. CT-19322

August 4, 2006. Approved. So ordered.
Robert N. Chatigny, U/S.D.J.